| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF ARIZONA | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case<br>In re: | CASE NO.: |
| | **DEBTOR CHANGE OF ADDRESS** |

1. This change of address is requested by :   ☐ Debtor   ☐ Joint-Debtor

2. **Old Address:**
   Name(s): _____
   Mailing Address: _____
   City, State, Zip Code: _____

3. **New Address:**
   Mailing Address: _____
   City, State, Zip Code: _____

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number_____

   Joint Debtor's DeBN account number_____

Date:_____    _____
                        Requestor's printed name(s)
                        /s/Bryan Pack and Shannon Scala
                        _____
                        Requestor's signature(s)

                        _____
                        Title (if applicable, of corporate officer, partner, or agent)

This form has been approved for use by the United States Bankruptcy Court for the District of Arizona.

Sept 2015                                                                CHANGE OF ADDRESS

Case 4:22-bk-01956-SHG   Doc 59   Filed 01/06/23   Entered 01/06/23 14:46:30   Desc
Main Document   Page 1 of 1