Candace Kallen 030938
**MY ARIZONA LAWYERS, PLLC**
**dba MY AZ LAWYERS**
1731 W. Baseline Road, Suite 101
Mesa, Arizona 85202-5730
Phone: (480) 833-8000
Fax: (480) 478-0714
Attorney Email:candace@myazlawyers.com
Paralegal Email: jacqueline@myazlawyers.com
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | In Proceedings Under Chapter 7 |
|---|---|
| BRYAN PACK AND SHANNON LYNN SCALA, | Case No.: 2:22-bk-01956-SHG |
| Debtors. | RESPONSE TO TRUSTEE'S MOTION TO TURNOVER OF BANKRUPTCY ESTATE PROPERTY PURSUANT TO 11 U.S.C. SEC 542 |

Debtor's Counsel, My Arizona Lawyers, PLLC, hereby files their Response to the Trustee's Motion to Turnover (DE #62). In support of this response, Debtor's Counsel states the following:

I. **Procedural History**

1. Debtor filed a Chapter 7 Voluntary Petition on March 31, 2022.

2. A Meeting of Creditors was held on June 3, 2022.

3. The case was discharged on August 17, 2022.

1

4. On December 19, 2022, Trustee David A. Birdsell filed a Motion to Turnover (DE #56).

5. Debtors, through Counsel, provided 2021 Federal and State Tax Returns to the Trustee on August 5, 2022.

6. Debtors, through Counsel, emailed the 2021 Federal and State Tax Returns and offset letter to Trustee Birdsell on January 6, 2023.

7. On January 28, 2023, Trustee David A. Birdsell filed a Trustee Withdrawal of Trustee's Motion for Turnover of Bankruptcy Estate Property.

8. On March 4, 2023, Trustee David A. Birdsell filed a Motion for Turnover of Bankruptcy Estate Property (DE#62).

9. Debtor's Counsel is working with the Debtors to comply with the request for turnover. Debtors state that as of the date of drafting they They have not received the Ohio tax refunds for Shannon and Bryan for 2021.

**RESPECTFULLY SUBMITTED** this 24th day of March 2023.

MY ARIZONA LAWYERS, PLLC
dba MY AZ LAWYERS

_____
Attorney for Debtor